# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS E. PRADO SEVILLA,**<br><br>      **Plaintiff,**<br><br>            **v.**<br><br>**ECOLIFT CORPORATION,**<br><br>      **Defendant.** | **CIVIL NO. 17-1632 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 14), judgment is hereby entered dismissing plaintiff's claims with prejudice, without the imposition of costs and attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of February, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
